

MINUTE ENTRY
WILKINSON, M.J.
MARCH 22, 2000

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEROY L. BANNISTER | CIVIL ACTION |
| VERSUS | NO. 00-350 |
| RAY HENNING | SECTION "B" (2) |

By letter dated March 14, 2000, plaintiff, Leroy L. Bannister, has requested an extension of time to respond to the Court's order dated February 18, 2000, ordering plaintiff to file a statement of facts and a list of witnesses and exhibits. Accordingly,

**IT IS ORDERED** that plaintiff's motion is GRANTED. Plaintiff is granted until **April 11, 2000** to respond to the Court's previous order. Failure to comply with the orders of this Court may result in dismissal of this action.

DATE OF ENTRY
MAR 2 3 2000

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

---

**CLERK TO NOTIFY PLAINTIFF
BY REGULAR MAIL AT THE
FOLLOWING ADDRESS:**

LEROY L. BANNISTER #98087, DORM G
DIXON CORRECTIONAL INSTITUTE
P. O. BOX 788, HIGHWAY 68
JACKSON, LA 70748