2000 MAR 31  P 1: 52

MINUTE ENTRY
WILKINSON, M.J.
MARCH 30, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEROY L. BANNISTER | CIVIL ACTION |
| VERSUS | NO. 00-350 |
| RAY HENNING | SECTION "B" (2) |

A preliminary conference by telephone is hereby scheduled with the undersigned magistrate judge on **April 27, 2000 at 10:30 a.m.**  The purpose of the conference is to examine the basis of plaintiff's claims and to select pre-trial and trial dates, if appropriate. The magistrate judge's office will initiate the conference call.

The Clerk is directed to send a copy of this minute entry to the Warden of the Dixon Correctional Institute in Jackson, Louisiana.  **The Warden is directed to have plaintiff, Leroy L. Bannister #98087, made available by telephone for the conference.**

DATE OF ENTRY
APR 0 3 2000

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

_____

**CLERK TO NOTIFY:**

**WARDEN
DIXON CORRECTIONAL INSTITUTE
P. O. BOX 788
JACKSON, LA 70748**