MINUTE ENTRY
WILKINSON, M.J.
APRIL 28, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEROY L. BANNISTER | CIVIL ACTION |
| VERSUS | NO. 00-350 |
| RAY HENNING | SECTION "B" (2) |

IT IS ORDERED that the preliminary conference by telephone previously set on April 27, 2000 is hereby RESET on **May 18, 2000 at 10:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr. The purpose of the conference is to examine the basis of plaintiff's claims and to select pre-trial and trial dates, if appropriate. The magistrate judge's office will initiate the conference call.

The Clerk is directed to send a copy of this minute entry to the Warden of the Dixon Correctional Institute in Jackson Louisiana. **The Warden is directed to have plaintiff, Leroy L. Bannister #98087, made available by telephone for the conference.**

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
APR 28 2000

_____
**CLERK TO NOTIFY:**

WARDEN
DIXON CORRECTIONAL INSTITUTE
P. O. BOX 788
JACKSON, LA  70748