MINUTE ENTRY
WILKINSON, M.J.
MAY 22, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEROY L. BANNISTER | CIVIL ACTION |
| VERSUS | NO. 00-350 |
| RAY HENNING | SECTION "B" (2) |

Because the Court was advised by the prison where plaintiff is incarcerated that plaintiff was unavailable for the preliminary conference set on May 18, 2000, **IT IS ORDERED** that the preliminary conference is hereby **RESET** on **June 29, 2000 at 10:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr. The purpose of the conference is to examine the basis of plaintiff's claims and to select pre-trial and trial dates, if appropriate. The magistrate judge's office will initiate the conference call.

The Clerk is directed to send a copy of this minute entry to the Warden of the Dixon Correctional Institute in Jackson Louisiana. **The Warden is directed to have plaintiff, Leroy L. Bannister #98087, made available by telephone for the conference.**

DATE OF ENTRY
MAY 2 2 2000

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

_____
**CLERK TO NOTIFY:**


**WARDEN
DIXON CORRECTIONAL INSTITUTE
P. O. BOX 788
JACKSON, LA  70748**