May 22 12 46 PM '00

MINUTE ENTRY
WILKINSON, M.J.
MAY 22, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

LEROY L. BANNISTER                                CIVIL ACTION

VERSUS                                            NO. 00-350

RAY HENNING                                       SECTION "B" (2)

      In this case, plaintiff, Leroy L. Bannister, alleges that defendant, Ray Henning, a court reporter in Division S of the 24th Judicial District Court for the State of Louisiana, Parish of Jefferson, has failed to provide him with a transcript of his guilty plea as required by state law despite having been ordered by the state courts to do so.  My preliminary review of plaintiff's allegations and the applicable law pursuant to 28 U.S.C. § 1915(A) indicates that plaintiff may have a reasonable opportunity to prevail in this case. Accordingly, pursuant to 42 U.S.C. § 1997(e)(g)(2) and Fed. R. Civ. P. 4(c)(2),

      **IT IS ORDERED** that the Clerk deliver to the U.S. Marshal Service a copy of this order, together with the complaint and summons, and the Marshal is directed to serve

DATE OF ENTRY
MAY 2 2 2000



all of these materials upon defendant and file a return of service in the record. Defendant Ray Henning must file an answer or other responsive pleading to plaintiff's complaint no later than 20 days after service upon him of this order and the other materials referenced herein.

The preliminary conference previously set in this matter on May 18, 2000 has been rescheduled on **June 29, 2000 at 10:00 a.m.** by separate order.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

U.S. MARSHAL TO SERVE:

RAY HENNING, COURT REPORTER
24TH JUDICIAL DISTRICT COURT, DIVISION S
200 DERBIGNY STREET
GRETNA, LOUISIANA