

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN -1 P 4: 17

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
WILKINSON, M.J.
JUNE 1, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEROY L. BANNISTER | CIVIL ACTION |
| VERSUS | NO. 00-350 |
| RAY HENNING | SECTION "B" (2) |

    A motion to dismiss plaintiff's complaint has been filed in this matter on behalf of defendant, Ray Henning. However, the motion is supported by an affidavit and attached exhibits, materials outside of the pleadings. Accordingly, this motion is hereby converted to a motion for summary judgment, as required by Fed. R. Civ. P. 12(b).

    Plaintiff is hereby **ORDERED** to respond in writing to defendant's motion by **June 20, 2000.** Plaintiff's response should include sworn affidavits or other evidentiary materials that set forth specific facts demonstrating that there is a genuine issue of material fact for trial in this case.

DATE OF ENTRY
JUN 0 2 2000

Fee_____
Process___
X Dktd____
✓ CtRmDep__
Doc.No.__15

Failure to follow the requirements of this order may result in a recommendation that the motion be granted without a further hearing.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE