```
         FILED
     U.S. DISTRICT COURT
   EASTERN DISTRICT OF LA

     2000 JUN -1  P 4:17

     LORETTA G. WHYTE
           CLERK
```

MINUTE ENTRY
WILKINSON, M.J.
JUNE 1, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEROY L. BANNISTER | CIVIL ACTION |
| VERSUS | NO. 00-350 |
| RAY HENNING | SECTION "B" (2) |

In light of the motion for summary judgment filed by defendant, **IT IS ORDERED** that the preliminary conference previously set in this case on June 29, 2000, is hereby CANCELED to be reset only if necessary following resolution of the motion for summary judgment.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JUN 0 2 2000